FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 0 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 16-2015 JP |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; |
| **FELIPE LUCERO**, | ) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about December 27, 2015, in Indian Country, in Valencia County, in the District of New Mexico, the defendant, **FELIPE LUCERO**, an Indian, assaulted John Doe, with a dangerous weapon, specifically, a vehicle, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

### Count 2

On or about December 27, 2015, in Indian Country, in Valencia County, in the District of New Mexico, the defendant, **FELIPE LUCERO**, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
5/6/2016 3:16 PM